In the Matter of Supplementary Proceedings: ALBERT ULMANN and Others, Judgment Creditors, Appellants, v. MIKE H. THOMAS, Judgment Debtor. NEW YORK PRODUCE EXCHANGE, Respondent.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.